## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| F.A. PROPERTIES CORPORATION, | : | No. 247 EAL 2017 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| v. | : | |
| | : | |
| | : | |
| CITY OF PHILADELPHIA, | : | |
| PHILADELPHIA HOUSING AUTHORITY | : | |
| AND PHILADELPHIA REDEVELOPMENT | : | |
| AUTHORITY, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 30th day of October, 2017, the Petition for Allowance of Appeal is **DENIED**.